1  JOHNSON & WEAVER, LLP
   FRANK J. JOHNSON (174882)
2  frankj@johnsonandweaver.com
   600 West Broadway, Suite 1540
3  San Diego, CA 92101
   Telephone: (619) 230-0063
4  Facsimile: (619) 255-1856

5  *Attorneys for Plaintiff Arthur Goldstein*

6  [Additional counsel appear on signature page]

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 SHELDON SCHWARTZ Derivatively On        ) Case No. 5:16-CV-00892-YGR
   Behalf of NIMBLE STORAGE               )
11                                         )
                      Plaintiff,           ) **STIPULATION AND [PROPOSED]**
12                                         ) **ORDER CONSOLIDATING**
            v.                             ) **DERIVATIVE ACTIONS, APPOINTING**
13                                         ) **LEAD COUNSEL FOR PLAINTIFFS,**
                                           ) **AND STAYING PROCEEDINGS**
14 SURESH VASUDEVAN, VARUN MEHTA,          )
   FRANK CALDERONI, JAMES J. GOETZ,        )
15 WILLIAM D. JENKINS, JR., JERRY M.       ) Filed: February 23, 2016
   KENNELLY, PING LI, WILLIAM J.           )
16 SCHROEDER, ANUP V. SINGH, DANIEL T.     )
   LEARY, UMESH MAHESHWARI,                )
17                                         )
                      Defendants,          )
18                                         )
            -and-                          )
19                                         )
   NIMBLE STORAGE, INC., a Delaware        )
20 corporation,                            )
                                           )
21                    Nominal Defendant.   )
   _____)
22

23 *[Caption continued on next page.]*

24

25

26

27

28

| | | |
|---|---|---|
| 1 | ARTHUR GOLDSTEIN, derivatively and on behalf of NIMBLE STORAGE, INC., | ) ) | Case No. 5:16-CV-02238-YGR |
| 2 | | ) ) | |
| | Plaintiff, | ) | Filed:  April 26, 2016 |
| 3 | | ) | |
| | v. | ) | |
| 4 | | ) | |
| 5 | SURESH VASUDEVAN, ANUP V. SINGH, FRANK CALDERONI, JAMES J. GOETZ, WILLIAM D. JENKINS, JR., JERRY M. | ) ) ) | |
| 6 | KENNELLY, PING LI, VARUN MEHTA, WILLIAM J. SCHROEDER, DANIEL T. | ) ) | |
| 7 | LEARY and UMESH MAHESHWARI, | ) ) | |
| 8 | Defendants, | ) ) | |
| 9 | | ) ) | |
| | -and- | ) | |
| 10 | | ) | |
| | NIMBLE STORAGE, INC., a Delaware | ) | |
| 11 | corporation, | ) ) | |
| 12 | Nominal Defendant. | ) ) | |
| 13 | | | |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR PLAINTIFFS, AND STAYING PROCEEDINGS

Case No. 5:16-CV-00892-YGR

**WHEREAS**, there are presently two shareholder derivative actions currently pending in this district against the Individual Defendants,[1] who are certain current and former directors and officers of nominal defendant Nimble Storage, Inc. ("Nimble") (Nimble, together with the Individual Defendants, being collectively referred to herein as "Defendants"): *Schwartz v. Vasudevan, et al.*, Case No. 5:16-cv-00892-YGR; and *Goldstein v. Vasudevan, et al.*, Case No. 5:16-CV-02238-YGR (together, the "Derivative Actions");

**WHEREAS**, three putative class actions alleging violations of the federal securities laws filed against Nimble and certain Nimble officers were also filed and are pending in this district: *Vikramkumar v. Nimble Storage, Inc., et al.*, Case No. 4:15-cv-05803-YGR; *Guardino v. Nimble Storage, Inc., et al*, Case No. 3:15-cv-05991-YGR; and *Madhani v. Nimble Storage, Inc., et al.*, Case No. 4:16-cv-00629-YGR (collectively, "the Securities Class Action");

**WHEREAS**, on March 28, 2016, the Court entered an "Order Granting Arkansas Teacher Retirement System's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel" (Doc. No. 69);

**WHEREAS**, on May 12, 2016, the Court entered a Related Case Order in the Securities Class Action (Doc. No. 84), relating and reassigning the *Schwartz* Action and the Securities Class Action to this Court;

**WHEREAS**, on May 16, 2016, the Court entered a Related Case Order in the Securities Class Action (Doc. No. 88), relating and reassigning the *Goldstein* Action and the Securities Class Action to this Court;

**WHEREAS**, while the Derivative Actions assert different claims for liability, they involve some of the same parties and factual allegations as the Securities Class Action;

**WHEREAS**, defendants named in the Securities Class Action plan to file a motion to dismiss the Securities Class Action;

---

[1] The "Individual Defendants" include Suresh Vasudevan, Varun Mehta, Frank Calderoni, James J. Goetz, William D. Jenkins, Jr., Jerry M. Kennelly, Ping Li, William J. Schroeder, Anup V. Singh, Daniel T. Leary, and Umesh Maheshwari.

STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING          Case No. 5:16-CV-00892-YGR
DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR
PLAINTIFFS, AND STAYING PROCEEDINGS

**WHEREAS**, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, the undersigned counsel for the parties submit this renewed stipulation to consolidate the Derivative Actions;

**WHEREAS**, Johnson & Weaver, LLP and Lifshitz & Miller seek to be designated as Lead Counsel in the Derivative Actions, once consolidated, and Defendants take no position with respect to such designation; and

**WHEREAS**, based upon the circumstances unique to this case, and to avoid the unnecessary expenditure of judicial resources before resolution of the anticipated motion to dismiss the Securities Class Action, the parties to this action have further agreed, subject to this Court's approval, to stay the consolidated action, including motions practice and discovery, in a manner substantially similar to the Order Regarding Response to Complaint and Stay of Litigation entered in the *Schwartz* Action on April 20, 2016.

**WHEREFORE**, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1.      The following actions shall be consolidated for all purposes, including pre-trial proceedings and trial, into one action (the "Consolidated Derivative Action"):[2]

| **Case Name** | **Case No.** | **Filing Date** |
|---|---|---|
| *Schwartz v. Vasudevan, et al.* | 5:16-CV-00892-YGR | February 23, 2016 |
| *Goldstein v. Vasudevan, et al.* | 5:16-CV-02238-YGR | April 26, 2016 |

2.      Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

---

[2]  For clarity, the Securities Class Action should not be consolidated with the Derivative Actions. While the actions are related under Civil Local Rule 3-12, they are not suitable for consolidation because, among other reasons, the Securities Class Action alleges violations of the federal securities laws against Nimble, whereas the Derivative Actions bring claims purportedly *on behalf of* Nimble.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING          Case No. 5:16-CV-00892-YGR
DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR
PLAINTIFFS, AND STAYING PROCEEDINGS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NIMBLE STORAGE, INC. DERIVATIVE LITIGATION, | Lead Case No.: 5:16-cv-00892-YGR |
| | (Derivative Action) |
| This Document Relates To: | |
| ALL ACTIONS. | |

3.      The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No.: 5:16-cv-00892-YGR.

4.      Lead Counsel for plaintiffs for the conduct of the Consolidated Derivative Action is designated as follows:

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

-and-

LIFSHITZ & MILLER
JOSHUA M. LIFSHITZ
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

5.      The parties agree that plaintiffs' Lead Counsel has authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6.      The parties agree that plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  The parties further agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

1    7.    The parties agree that Defendants' counsel may rely upon all agreements made
2   with plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel,
3   and such agreements will be binding on plaintiffs.

4    8.    This Order shall apply to each purported derivative action arising out of the same
5   or substantially the same transactions or events as the Nimble Derivative Actions, which is
6   subsequently filed in, removed to, or transferred to this Court.

7    9.    When a case that properly belongs as part of the Consolidated Derivative Action is
8   hereafter filed in this Court or transferred here from another court, counsel shall promptly call to
9   the attention of the Clerk of the Court the filing or transfer of any case that might properly be
10  consolidated as part of the Consolidated Derivative Action.

11   10.   The parties agree to stay the Consolidated Derivative Action until the earlier of
12  either of the following events: (i) the Securities Class Action is dismissed with prejudice; or
13  (ii) Defendants file an answer in the Securities Class Action.

14   11.   Defendants shall have no obligation to respond to the complaints filed in either of
15  the Derivative Actions so long as the case remains stayed.

16   12.   In the event that any discovery is provided or produced by Defendants to plaintiffs
17  in any related derivative action purportedly brought on behalf of Nimble arising from similar facts
18  as the instant action, Defendants will at or about the same time notice plaintiffs and provide
19  copies of that discovery to plaintiffs in the Consolidated Derivative Action, provided that the
20  parties have executed and the Court has entered a protective order.

21   13.   Plaintiffs will have thirty (30) days from when the Securities Class Action is
22  dismissed with prejudice or Defendants file an answer in the Securities Class Action to enter into
23  a stipulation with Defendants and/or seek leave to file an amended derivative complaint or, in the
24  alternative, designate an operative complaint.   Defendants will answer, move against, or
25  otherwise respond to the amended derivative complaint or the designated operative complaint as
26  the case may be within forty-five (45) days after plaintiffs file an amended derivative complaint
27  or designate an operative complaint.

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING          Case No. 5:16-CV-00892-YGR
DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR
PLAINTIFFS, AND STAYING PROCEEDINGS

14.     Defendants shall notify Lead Counsel for plaintiffs in the Consolidated Derivative Action of any formal settlement meetings, mediations, or settlement conferences that might be held in any currently filed, subsequently filed, or threatened derivative actions that are based on the same or substantially similar allegations as made in the Consolidated Derivative Action.

15.     By entering into this stipulation, the parties do not waive any rights or defenses, procedural or otherwise, not specifically addressed herein, and reserve their respective rights to file any application, request or motion with the Court they deem appropriate once this case is no longer deferred.

16.     At any time during which the prosecution of this Consolidated Derivative Action is stayed pursuant to the Order, any party may file a motion with the Court seeking to modify the terms of the Order, which may be opposed by any other party.

**IT IS SO STIPULATED.**

Dated: June 10, 2016                                JOHNSON & WEAVER, LLP
                                                    FRANK J. JOHNSON

                                            By: _/s/Frank J. Johnson_____
                                                    FRANK J. JOHNSON

                                                    600 West Broadway, Suite 1540
                                                    San Diego, CA 92101
                                                    Telephone: (619) 230-0063
                                                    Facsimile: (619) 255-1856
                                                    frankj@johnsonandweaver.com

                                                    *Attorneys for Plaintiff Arthur Goldstein*

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING                Case No. 5:16-CV-00892-YGR
DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR
PLAINTIFFS, AND STAYING PROCEEDINGS

1   Dated: June 10, 2016                                    REICH RADCLIFFE & KUTTLER LLP
                                                             MARC G. REICH
2                                                            ADAM T. HOOVER

3
                                                       By: /s/ Marc G. Reich
4                                                             MARC G. REICH

5                                                             4675 MacArthur Court, Suite 550
                                                             Newport Beach, CA 92660
6                                                             Phone: (949) 975-0512
                                                             Facsimile: (949) 208-2839
7                                                             mgr@reichradcliffe.com
                                                             adhoover@reichradcliffe.com
8
                                                             LIFSHITZ & MILLER
9                                                             JOSHUA M. LIFSHITZ
                                                             821 Franklin Ave., Suite 209
10                                                            Garden City, NY 11530
                                                             Telephone: (516) 493-9780
11                                                            Facsimile: (516) 280-7376

12                                                            *Attorneys for Plaintiff Sheldon Schwartz*

13  Dated: June 10, 2016                                    FENWICK & WEST LLP
                                                             FELIX S. LEE
14                                                            MICHAEL DAVIS-WILSON
                                                             DEBORAH KANG
15
                                                       By: /s/ Felix S. Lee
16                                                            FELIX S. LEE
17
                                                             Silicon Valley Center
18                                                            801 California Street
                                                             Mountain View, CA 94041
19                                                            Telephone: (650) 988-8500
                                                             Facsimile: (650) 938-5200
20                                                            flee@fenwick.com
                                                             mdaviswilson@fenwick.com
21                                                            dkang@fenwick.com

22                                                            FENWICK & WEST
                                                             SUSAN S. MUCK
23                                                            MICHAEL S. DICKE
                                                             555 California Street, 12th Floor
24                                                            San Francisco, CA 94104
                                                             Telephone: (415) 875-2300
25                                                            Facsimile: (415) 281-1350
                                                             smuck@fenwick.com
26                                                            mdicke@fenwick.com

27                                                            *Attorneys for Defendants*

28
                                                      6
    STIPULATION AND [PROPOSED] ORDER CONSOLIDATING              Case No. 5:16-CV-00892-YGR
    DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR
    PLAINTIFFS, AND STAYING PROCEEDINGS

1

**SIGNATURE ATTESTATION**

2       I am the ECF user whose identification and password are being used to file the foregoing

3   Joint Stipulation and Proposed Order Temporarily Deferring Prosecution of Derivative Action.  In

4   compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this

5   document has been obtained.

6   Dated: June 10, 2016                                  _/s/ Frank J. Johnson_____
                                                          Frank J. Johnson
7

8

9   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11   Dated: June___14_____, 2016

12                                                        HON. YVONNE GONZALEZ ROGERS
                                                         UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING                Case No. 5:16-CV-00892-YGR
DERIVATIVE ACTIONS, APPOINTING LEAD COUNSEL FOR
PLAINTIFFS, AND STAYING PROCEEDINGS