JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (174882)
frankj@johnsonandweaver.com
PHONG L. TRAN (204961)
phongt@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

*Co-Lead Counsel and Attorneys for Plaintiff Arthur Goldstein*

**GRANTED**
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NIMBLE STORAGE, INC. DERIVATIVE LITIGATION, | Lead Case No.: 4:16-cv-00892-YGR |
| | (Derivative Action) |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

1      Plaintiff Arthur Goldstein ("Plaintiff Goldstein"), by and through his counsel of record, states as follows:

     WHEREAS, on June 14, 2016, this Court consolidated two shareholder derivative actions that were pending in this District: *Schwartz v. Vasudevan, et al*., Case No. 5:16-cv-00892-YGR; and *Goldstein v. Vasudevan, et al*., Case No. 5:16-CV-02238-YGR (together, the "Consolidated Derivative Action");

     WHEREAS, Plaintiff Goldstein in the Consolidated Derivative Action has alleged violations of Section 14(a) of the Securities Exchange Act of 1934 and claims for breaches of fiduciary duties, unjust enrichment, corporate waste, and insider selling against certain current and former officers and directors of Nominal Defendant Nimble Storage, Inc.;

     WHEREAS, on June 14, 2016, this Court stayed the Consolidated Derivative Action pending certain events in the related Securities Class Action;

     WHEREAS, due to the stay of proceedings, Defendants have not yet answered, moved, or otherwise responded in the Consolidated Derivative Action;

     WHEREAS, following careful consideration, Plaintiff Goldstein has elected to voluntarily dismiss his action, *Goldstein v. Vasudevan, et al*., without prejudice. Counsel for Plaintiff Goldstein and Defendants have met and conferred, and agree that all parties will bear their own costs and fees upon Plaintiff Goldstein's voluntary dismissal. No payment has been made, nor will one be made, to Plaintiff Goldstein or his attorneys for the dismissal of his action; and

     WHEREAS, under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Goldstein is entitled to dismiss his action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

//

//

THEREFORE, Plaintiff Goldstein, through his undersigned counsel, hereby requests the Court enter an order dismissing his action without prejudice, with all parties to bear their own costs and fees.

Dated: March 31, 2017

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
PHONG L. TRAN

By: */s/Frank J. Johnson*
FRANK J. JOHNSON

600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
frankj@johnsonandweaver.com
phongt@johnsonandweaver.com

*Co-Lead Counsel and Attorneys for Plaintiff Arthur Goldstein*