1  Marc G. Reich (SBN 159936)
   Email: mgr@reichradcliffe.com
2  Adam T. Hoover (SBN 243226)
   Email: adhoover@reichradcliffe.com
3  REICH RADCLIFFE & KUTTLER LLP
   4675 MacArthur Court, Suite 550
4  Newport Beach, CA 92660
   Phone: (949) 975-0512
5  Facsimile: (949) 208-2839

6  Joshua M. Lifshitz
   jml@jlclasslaw.com
7  LIFSHITZ & MILLER
   821 Franklin Ave., Suite 209
8  Garden City, NY 11530
   Telephone: (516) 493-9780
9  Facsimile: (516) 280-7376

10 Attorneys for Plaintiff
   SHELDON SCHWARTZ, Derivatively On Behalf of
11 Nominal Defendant NIMBLE STORAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NIMBLE STORAGE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTION. | Lead Case No: 5:16-CV-00892<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

|   |   |   |
|---|---|---|
| 1 | Plaintiff Sheldon Schwartz ("Plaintiff") by and through his counsel of record, states as follows: | |

Plaintiff Sheldon Schwartz ("Plaintiff") by and through his counsel of record, states as follows:

WHEREAS, on June 14, 2016, this Court consolidated two shareholder derivative actions that were pending in this District: *Schwartz v. Vasudevan, et al.*, Case No. 5:16-cv-00892-YGR; and *Goldstein v. Vasudevan, et al.*, Case No. 5:16-CV-02238-YGR (together, the "Consolidated Derivative Action");

WHEREAS, on June 14, 2016, this Court stayed the Consolidated Action pending certain events in the related Securities Class Action;

WHEREAS, under Fed. R. Civ. P. 23.1(c) and 41(a)(1), Plaintiff may voluntarily dismiss with leave of Court the Consolidated Derivative Action as Defendants have not yet answered, moved, or otherwise responded;

WHEREAS, neither Plaintiff nor Plaintiff's counsel has received any remuneration in connection with the proposed dismissal of the Consolidated Derivative Action;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 23.1(c) and 41(a)(1), the parties to the Consolidated Derivative Action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Consolidated Derivative Action is voluntarily DISMISSED WITHOUT PREJUDICE.
2. The parties shall bear their own attorneys' fees and other expenses.

Dated: October 31, 2017  **REICH RADCLIFFE & HOOVER LLP**

By: /s/ Adam T. Hoover
Adam T. Hoover

**FENWICK & WEST LLP**

By: /s/ Felix S. Lee
Felix S. Lee