Marc G. Reich (SBN 159936)
Email: mgr@reichradcliffe.com
Adam T. Hoover (SBN 243226)
Email: adhoover@reichradcliffe.com
REICH RADCLIFFE & KUTTLER LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: (949) 975-0512
Facsimile: (949) 208-2839

Joshua M. Lifshitz
jml@jlclasslaw.com
LIFSHITZ & MILLER
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

Attorneys for Plaintiff
SHELDON SCHWARTZ, Derivatively On Behalf of
Nominal Defendant NIMBLE STORAGE

GRANTED
Judge Yvonne Gonzalez Rogers
11/2/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NIMBLE STORAGE, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTION. | Lead Case No: 5:16-CV-00892<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | Plaintiff Sheldon Schwartz ("Plaintiff") by and through his counsel of record, states as follows: |
| 2 | WHEREAS, on June 14, 2016, this Court consolidated two shareholder derivative actions that |
| 3 | were pending in this District: *Schwartz v. Vasudevan, et al.*, Case No. 5:16-cv-00892-YGR; and |
| 4 | *Goldstein v. Vasudevan, et al.*, Case No. 5:16-CV-02238-YGR (together, the "Consolidated Derivative |
| 5 | Action"); |
| 6 | WHEREAS, on June 14, 2016, this Court stayed the Consolidated Action pending certain |
| 7 | events in the related Securities Class Action; |
| 8 | WHEREAS, under Fed. R. Civ. P. 23.1(c) and 41(a)(1), Plaintiff may voluntarily dismiss with |
| 9 | leave of Court the Consolidated Derivative Action as Defendants have not yet answered, moved, or |
| 10 | otherwise responded; |
| 11 | WHEREAS, neither Plaintiff nor Plaintiff's counsel has received any remuneration in |
| 12 | connection with the proposed dismissal of the Consolidated Derivative Action; |
| 13 | NOW, THEREFORE, pursuant to Fed. R. Civ. P. 23.1(c) and 41(a)(1), the parties to the |
| 14 | Consolidated Derivative Action, by and through their undersigned counsel, hereby stipulate and agree |
| 15 | as follows: |

1. The Consolidated Derivative Action is voluntarily DISMISSED WITHOUT PREJUDICE.
2. The parties shall bear their own attorneys' fees and other expenses.

Dated:     October 31, 2017          **REICH RADCLIFFE & HOOVER LLP**


By: /s/ Adam T. Hoover
Adam T. Hoover

**FENWICK & WEST LLP**


By: /s/ Felix S. Lee
Felix S. Lee